Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOANN LEDOUX,

                    Plaintiff,

       v.

OUTLIERS, INC., BRAND
NUTRACEUTICALS, INC., BRAND
PACKAGING GROUP, INC., and JOHN
AND JANE DOES 1–5,

                    Defendants.

CASE NO. 3:24-cv-05808-TMC

**[PROPOSED] ORDER STRIKING AND EXCLUDING PLAINTIFF'S PURPORTED EXPERT EVELYN CADMAN**

THIS MATTER comes before the Court on Defendants' *Daubert* Motion to Strike and Exclude Plaintiff's Purported Expert Evelyn Cadman. Having considered the Motion, any response and reply, the record, and the applicable law, and being fully advised, the Court GRANTS the Motion.

The Court hereby STRIKES and EXCLUDES any and all evidence from purported expert Evelyn Cadman that is in the record; and EXCLUDES any further evidence from Evelyn Cadman for any purpose, including from the summary-judgment record and at trial.

[PROPOSED] ORDER STRIKING
AND EXCLUDING PLAINTIFF'S PURPORTED
EXPERT EVELYN CADMAN
No. 3:24-cv-05808-TMC - 1

**MURPHY BALL STRATTON LLP**
1001 Fannin Street, Suite 720
Houston, Texas 77027
Phone: (571) 525-4818

IT IS SO ORDERED.

DATED: January ___, 2026

_____

Hon. Tiffany M. Cartwright
United States District Judge

*Presented by:*

MURPHY BALL STRATTON LLP

*/s/ Michelle Stratton*
Richard Houghton (TX Bar No. 24121678)
 (admitted *pro hac vice*)
Dane Ball (TX Bar No. 24051642)
 (admitted *pro hac vice*)
Michelle Stratton (TX Bar No. 24085606)
 (admitted *pro hac vice*)
Christian McGuire (OK Bar No. 35334)
 (admitted *pro hac vice*)
1001 Fannin Street, Suite 720
Houston, Texas 77002
Phone: (713) 594-9989
mstratton@mbssmartlaw.com
rhoughton@mbssmartlaw.com
cmcguire@mbssmartlaw.com

ARETE LAW GROUP PLLC

*/s/ Jeremy E. Roller*
Jeremy E. Roller (WA Bar No. 32021)
600 University Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 428-3250
jroller@aretelaw.com

*Attorneys for Defendant Outliers, Inc.*

[PROPOSED] ORDER STRIKING
AND EXCLUDING PLAINTIFF'S PURPORTED
EXPERT EVELYN CADMAN
No. 3:24-cv-05808-TMC - 2

MURPHY BALL STRATTON LLP
1001 Fannin Street, Suite 720
Houston, Texas 77027
Phone: (571) 525-4818

MANNING GROSS & MASSENBURG LLP

*/s/ Joshua N. Severit*
David J. Fisher, WSBA No. 39219
dfisher@mgmlaw.com
Joshua Severit (IL No. 6303962)
(admitted *pro hac vice*)
 jseverit@mgmlaw.com
 Daniel R. Olsen, WSBA No. 59759
 dolsen@mgmlaw.com
 1405 N. Green Mount Road, Suite 400
 O'Fallon, IL 62269


*Attorneys for Defendants*
*Brand Nutraceuticals, Inc. and Brand Packaging Group, Inc.*

[PROPOSED] ORDER STRIKING
AND EXCLUDING PLAINTIFF'S PURPORTED
EXPERT EVELYN CADMAN
No. 3:24-cv-05808-TMC - 3

**MURPHY BALL STRATTON LLP**
1001 Fannin Street, Suite 720
Houston, Texas 77027
Phone: (571) 525-4818