Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOANN LEDOUX,

Plaintiff,

v.

OUTLIERS, INC., BRAND NUTRACEUTICALS, INC., and BRAND PACKAGING GROUP,

Defendants.

CASE NO. 3:24-cv-5808-TMC

**JOINT STATUS REPORT**

The parties file this Joint Status Report in accordance with the Court's Order granting their Stipulated Motion in connection with Plaintiff's request for a continuance. Dkt. 242 at 2.

**Defendants' Position:** On March 16, 2026, the Court entered an Order Granting Stay, directing that, "[n]o later than May 15, 2026, Plaintiff shall file a status report informing the Court whether . . . she will continue to be represented by her current counsel," Ms. Jocelyn Stewart. Dkt. 251 at 3. "If Plaintiff chooses to continue with her current counsel, counsel shall file a declaration (1) attesting to her capacity to continue the representation in compliance with this Court's rules and the rules of professional conduct and (2) informing the Court of any requests for accommodation of her medical condition." *Id.* On May 15, 2026, Plaintiff filed her status report. Dkt. 253. Plaintiff represented that she "elects to continue representation through attorney Jocelyn C. Stewart in this matter as co-counsel with lead counsel Eric Fong." *Id*. at 1. Despite remaining

JOINT STATUS REPORT - 1
No. 3:24-cv-05808-TMC

counsel of record, Ms. Stewart has not filed the declaration required by the Order Granting Stay. Dkt. 251 at 3. As a result, Defendants respectfully request that the Court direct Ms. Stewart to promptly file the required declaration regarding her capacity to continue representing Plaintiff.

Defendants further understand that the following matters remain pending for decision or further action: Defendants' Motion for Summary Judgment, Dkt. 207; Defendants' *Daubert* Motion to Strike and Exclude Plaintiff's Purported Expert Gabriel Holguin, Dkt. 208; Defendants' *Daubert* Motion to Strike and Exclude Plaintiff's Purported Expert Evelyn Cadman; and the Court's Order to Show Cause, Dkt. 209, and the Declaration of Jocelyn C. Stewart, Dkt. 245.

**Plaintiff's Position:** Based on the language in Order 251 in subparagraph 5, Plaintiff understands that lead counsel's filing of his notice of appearance means that Ms. Stewart need not file a declaration about her competency and adherence to the rules of professional conduct. Now that Plaintiff has lead counsel, Mr. Eric Fong, Plaintiff does not intend to ask for any accommodations that would otherwise relate to Ms. Stewart, and Plaintiff did not have that inclination as of May 15, 2026, when Plaintiff filed the responsive status to the Court. Should Plaintiff not have interpreted the Court's Order in the manner it was intended, Plaintiff will comply. Plaintiff requests that if this issue remains in question, that the parties receive any further necessary guidance or direction by the Court during the hearing scheduled on June 5, 2026.

Plaintiff concurs with Defendants' above recitation about the list of matters that remain pending for decision or further action.

Respectfully submitted,

MURPHY BALL STRATTON LLP

JOINT STATUS REPORT - 2
No. 3:24-cv-05808-TMC

*/s/ Richard Houghton*
Richard Houghton (TX Bar No. 24121678)
(admitted *pro hac vice*)
Dane Ball (TX Bar No. 24051642)
(admitted *pro hac vice)*
Michelle Stratton (TX Bar No. 24085606)
(admitted *pro hac vice*)
Christian McGuire (OK Bar No. 35334)
(admitted *pro hac vice*)
1001 Fannin Street, Suite 720
Houston, Texas 77002
Phone: (713) 594-9989
rhoughton@mbssmartlaw.com
dball@mbssmartlaw.com
mstratton@mbssmartlaw.com
cmcguire@mbssmartlaw.com

ARETE LAW GROUP PLLC

*/s/ Jeremy E. Roller*
Jeremy E. Roller (WSBA No. 32021)
600 University Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 428-3250
jroller@aretelaw.com

*Attorneys for Defendant Outliers, Inc.*

MANNING GROSS & MASSENBURG LLP

*/s/ Joshua N. Severit*
David J. Fisher, WSBA No. 39219
dfisher@mgmlaw.com
Joshua Severit (IL No. 6303962)
(admitted *pro hac vice*)
jseverit@mgmlaw.com
Daniel R. Olsen, WSBA No. 59759
dolsen@mgmlaw.com
1405 N. Green Mount Road, Suite 400
O'Fallon, IL 62269

*Attorneys for Defendants Brand Nutraceuticals, Inc. and Brand Packaging Group, Inc.*

FONG LAW, PLLC

*/s/ Eric M. Fong*

JOINT STATUS REPORT - 3
No. 3:24-cv-05808-TMC

Eric M. Fong
569 Division St., Ste. 300
Port Orchard, WA 98366
Phone: (360) 876-8205
Email: eric@ericfonglaw.com
Email: info@ericfonglaw.com

LAW OFFICE OF JOCELYN C STEWART, CORP.

*/s/ Jocelyn C. Stewart*
Jocelyn C. Stewart
1200 Pacific Ave. # 600
Tacoma, WA 98402
Phone: (253) 212-6940
Email: jocelyn@ucmj-defender.com
Email: jen@ucmj-defender.com

*Attorneys for Plaintiff Joann LeDoux*

JOINT STATUS REPORT - 4
No. 3:24-cv-05808-TMC