Honorable Judge Tiffany M. Cartwright

IN THE U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOANN LEDOUX, a single woman,

        Plaintiff,

vs.

OUTLIERS, INC., BRAND
NUTRACEUTICALS, INC., BRAND
PACKAGING GROUP, INC., and John and
Jane Does 1-5,

        Defendants.

No. 3:24-cv-05808-TMC

**JOINT MOTION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE AND CASE SCHEDULE**

**NOTE ON MOTION CALENDAR:**
July 17, 2026

## I.     INTRODUCTION & RELIEF REQUESTED

Plaintiff Joann LeDoux and Defendants Outliers, Inc. (d/b/a Thesis), Brand Nutraceuticals, Inc., and Brand Packaging Group, Inc. (together, "the Parties") jointly move the Court to set a status conference regarding the case schedule, including the trial date and the remaining pretrial deadlines, and to hold in abeyance the pretrial deadlines that fall before the conference, pending the Court's direction. This joint motion is filed pursuant to LCR 7(d)(1) and LCR 10(g) and is noted for consideration on the date of filing. A proposed order is included below.

## II.     BACKGROUND.

Trial is set to begin on September 24, 2026. Dkt. 242. Under the operative schedule, Plaintiff must serve her pretrial statement on all other Parties by August 4, 2026. LCR 16(h).

JOINT MOTION AND
[PROPOSED] ORDER - 1
No. 3:24-cv-05808-TMC

**Eric Fong**
**FONG LAW, PLLC**
569 Division St. Ste. 300
Port Orchard, WA 98366
Phone: (360) 876-8205

**Law Office of Jocelyn C**
**Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98402
Phone: (253) 317-8494

**Noah J. Moss**
**SHEPHERD LAW**
3920 Conde Street, Ste. 14
San Diego, CA 92110
Phone: (858) 344-1207

Motions in limine are due August 18, 2026, and the agreed pretrial order, trial briefs, proposed voir dire, jury instructions, and deposition designations are due September 3, 2026. Dkt. 242.

At the February 11, 2026 status conference, the Court directed the Parties to confer regarding the trial date and related pretrial deadlines while significant motions remained pending. Feb. 11, 2026 Status Conf. Tr. at 21–22.

The Court has recently resolved several pending matters. See Dkts. 261, 262 (July 8, 2026). Defendants' motion for summary judgment (Dkt. 207) and the pending motions concerning expert testimony (Dkts. 206, 208) remain under consideration. The Court's rulings on those motions will substantially define the claims, expert witnesses, and evidence to be presented at trial.

On March 16, 2026, the Court stayed the case pursuant to LCR 83.2(b)(6) to permit Plaintiff to make decisions regarding her representation. Dkt. 251. At the March 16, 2026 status conference, the Court stated that if new counsel appeared in the case and needed to move the deadlines further out, the Court "would certainly give a lot of weight to that request." Mar. 16, 2026 Status Conf. Tr. at 18.

Following the stay, Plaintiff elected to proceed with new lead trial counsel (Dkt. 253); Eric Fong appeared on May 15, 2026 (Dkt. 254), and Noah J. Moss was admitted *pro hac vice* on June 3, 2026 (Dkt. 258).

Counsel for all Parties met and conferred by telephone on July 15 and 16, 2026, regarding the case schedule. Following those recent efforts, counsel for all Parties agreed to submit this joint motion to request a status conference to address the case schedule.

### III.    REASONS FOR THE REQUESTED RELIEF.

The Parties make this request for three reasons. First, the Parties agree that preparing and exchanging pretrial materials — including motions in limine, deposition designations, proposed jury instructions and verdict forms, and the pretrial order — before the Court rules on Dkts. 206,

| JOINT MOTION AND [PROPOSED] ORDER - 2 No. 3:24-cv-05808-TMC | **Eric Fong FONG LAW, PLLC** 569 Division St. Ste. 300 Port Orchard, WA 98366 Phone: (360) 876-8205 | **Law Office of Jocelyn C Stewart, Corp.** 1201 Pacific Avenue, Ste 600 Tacoma, WA 98402 Phone: (253) 317-8494 | **Noah J. Moss SHEPHERD LAW** 3920 Conde Street, Ste. 14 San Diego, CA 92110 Phone: (858) 344-1207 |
| --- | --- | --- | --- |

207, and 208 would require the Parties to prepare alternative versions of those materials and to incur substantial and potentially unnecessary expense.

Second, counsel for the Parties have preexisting trial commitments in September, October, and December 2026 and in early 2027 that bear on the selection of any adjusted dates.

Third, the Parties hold differing positions on whether and to what extent the trial date should be adjusted. They agree, however, that contested motion practice is unnecessary, and that the Parties' respective positions are best presented to the Court at a status conference, where the Court can set a schedule informed by its own calendar and the status of its pending rulings.

All Parties agree that holding the intervening deadlines in abeyance pending the conference preserves the status quo and avoids unnecessary time and expense.

### IV.   CONCLUSION.

The Parties respectfully request that the Court (1) set a status conference at the Court's earliest convenience to address the case schedule, including the trial date and the remaining pretrial deadlines; and (2) hold in abeyance the pretrial deadlines that fall before the conference, pending the Court's direction.

DATED this 17th day of July, 2026.

ATTORNEYS FOR PLAINTIFF

*/s/ Eric Fong*
Eric Fong, WSBA No. 26030
FONG LAW, PLLC
569 Division Street, Suite 300
Port Orchard, WA 98366
Phone: (360) 876-8205
Email: eric@ericfonglaw.com
Email: info@ericfonglaw.com

JOINT MOTION AND
[PROPOSED] ORDER - 3
No. 3:24-cv-05808-TMC

| **Eric Fong** | **Law Office of Jocelyn C** | **Noah J. Moss** |
|---|---|---|
| **FONG LAW, PLLC** | **Stewart, Corp.** | **SHEPHERD LAW** |
| 569 Division St. Ste. 300 | 1201 Pacific Avenue, Ste 600 | 3920 Conde Street, Ste. 14 |
| Port Orchard, WA 98366 | Tacoma, WA 98402 | San Diego, CA 92110 |
| Phone: (360) 876-8205 | Phone: (253) 317-8494 | Phone: (858) 344-1207 |

*/s/ Jocelyn C. Stewart*
Jocelyn C. Stewart, WSBA No. 58100
Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Ave. # 600
Tacoma, WA 98402
Phone: (253) 212-6940
Email: jocelyn@ucmj-defender.com
Email: jen@ucmj-defender.com

*/s/ Noah J. Moss*
Noah J. Moss, SBN No. 302621
*Pro Hac Vice*
SHEPHERD LAW
3920 Conde Street, Suite 14
San Diego, CA 92110
Phone: (858) 344-1207
Email: noah@shepherdlaw.co

**APPROVED AS TO FORM AND JOINED BY:**

**MURPHY BALL STRATTON LLP**

/s/ Rick Houghton
Richard Houghton (TX Bar No. 24121678) (admitted pro hac vice)
1001 Fannin Street, Suite 720, Houston, Texas 77002
rhoughton@mbssmartlaw.com
*[Signed with express permission conveyed by email dated July 17, 2026]*

**ARETE LAW GROUP PLLC**

/s/ Jeremy Roller
Jeremy E. Roller (WA Bar No. 32021)
600 University Street, Suite 2420, Seattle, Washington 98101
jroller@aretelaw.com
*[Signed with express permission conveyed by email dated July 17, 2026]*

*Attorneys for Defendant Outliers, Inc.*

JOINT MOTION AND
[PROPOSED] ORDER - 4
No. 3:24-cv-05808-TMC

**Eric Fong**
**FONG LAW, PLLC**
569 Division St. Ste. 300
Port Orchard, WA 98366
Phone: (360) 876-8205

**Law Office of Jocelyn C**
**Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98402
Phone: (253) 317-8494

**Noah J. Moss**
**SHEPHERD LAW**
3920 Conde Street, Ste. 14
San Diego, CA 92110
Phone: (858) 344-1207

**MANNING GROSS & MASSENBURG LLP**

/s/ Josh Severit
Joshua Severit (admitted pro hac vice)
1405 N. Green Mount Road, Suite 400, O'Fallon, Illinois 62269
jseverit@mgmlaw.com
*[Signed with express permission conveyed by email dated July 17, 2026]*

*Attorneys for Defendants Brand Nutraceuticals, Inc. and Brand Packaging Group, Inc.*

JOINT MOTION AND
[PROPOSED] ORDER - 5
No. 3:24-cv-05808-TMC

| **Eric Fong**<br>**FONG LAW, PLLC**<br>569 Division St. Ste. 300<br>Port Orchard, WA 98366<br>Phone: (360) 876-8205 | **Law Office of Jocelyn C**<br>**Stewart, Corp.**<br>1201 Pacific Avenue, Ste 600<br>Tacoma, WA 98402<br>Phone: (253) 317-8494 | **Noah J. Moss**<br>**SHEPHERD LAW**<br>3920 Conde Street, Ste. 14<br>San Diego, CA 92110<br>Phone: (858) 344-1207 |
|---|---|---|

# [PROPOSED] ORDER

This matter comes before the Court on the Parties' Joint Motion Regarding Status Conference and Case Schedule. Having considered the motion and the record, and finding good cause, the Court GRANTS the motion and ORDERS as follows:

1. A status conference regarding the case schedule, including the trial date and the remaining pretrial deadlines, is SET for _____, 2026, at _____ am/pm.

2. The pretrial deadlines that fall before the status conference — including the deadlines for motions in limine and the exchanges and filings required by LCR 16, LCR 16.1, and LCR 51 — are HELD IN ABEYANCE pending further order of the Court.

3. All other provisions of the operative scheduling order (Dkt. 242) remain in effect.


IT IS SO ORDERED.


DATED this _____ day of July 2026.


_____
**Hon. Tiffany M. Cartwright**
United States District Judge

JOINT MOTION AND
[PROPOSED] ORDER - 6
No. 3:24-cv-05808-TMC

**Eric Fong**
**FONG LAW, PLLC**
569 Division St. Ste. 300
Port Orchard, WA 98366
Phone: (360) 876-8205

**Law Office of Jocelyn C**
**Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98402
Phone: (253) 317-8494

**Noah J. Moss**
**SHEPHERD LAW**
3920 Conde Street, Ste. 14
San Diego, CA 92110
Phone: (858) 344-1207